AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-00422-CG-RHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Dept of Health + Human Services
was received by me on *(date)* 6/12/14.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Complaint Amanda Brandee, who is Para-Legal
designated by law to accept service of process on behalf of *(name of organization)* U.S. Dept of Health + Human Services 300 Independence Ave SW Wash DC on *(date)* 6/18/14 8:00 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/18/14

*Server's signature*
RD Carter Jr Private Process
*Printed name and title*

THE CARTER CORPORATION, INC
601 Pennsylvania Ave NW
Suite 900 South
Washington DC 20004
*Server's address*

Additional information regarding attempted service, etc:

EXHIBIT "A"

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| Darlene Mark )<br><br>*Plaintiff(s)* )<br>v. )<br>NORTHERN NAVAJO MEDICAL CENTER )<br>DR. CYNTHIA LEE OLSON, M.D. )<br><br>*Defendant(s)* ) | Civil Action No. 1:14-cv-00422-CG-RHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Claims Office
Office of General Counsel
US Department of Health and Human Services
330 Independence Avenue, SW Room 4760
Mailstop: Capital Place
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard Sandoval
1442-D S. St. Francis Dr.
Santa Fe, NM 87505
(505) 795-7790 tel
(866) 496-9638 fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*